**Order entered January 30, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-14-00962-CR**
**No. 05-14-00963-CR**

**ALLEN HO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F13-58092-J, F13-58094-J**

## ORDER

The Court **REINSTATES** the appeals.

On January 21, 2015, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On January 26, 2015, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeals, we **VACATE** the January 21, 2015 order requiring findings.

We note that the clerk's records do not contain the trial court's certifications of appellant's right to appeal nor has the Court separately received them. Accordingly, we **ORDER** the trial court to prepare and file, within **FIFTEEN DAYS** of the date of this order,

certifications of appellant's right to appeal that accurately reflect the trial court proceedings. *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Gracie Lewis, Presiding Judge, Criminal District Court No. 3; Felicia Pitre, Dallas County District Clerk; and to counsel for all parties.

/s/     ADA BROWN
          JUSTICE